FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHORT STOP SHELL, LLC, a Washington company,<br><br>Plaintiff,<br><br>v.<br><br>TEXACO, INC., a Delaware corporation,<br><br>Defendant. | NO: 1:19-CV-3103-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss, ECF No. 54. Having reviewed the stipulated motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 54**, is **GRANTED**.

2. Plaintiff's Second Amended Complaint, ECF No. 44, is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** March 13, 2020.

                                     *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge