# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 13, 2020
SEAN F. McAVOY, CLERK

SHORT STOP SHELL, LLC, a Washington company,

*Plaintiff*

v.

TEXACO, INC., a Delaware corporation,

*Defendant*

Civil Action No. 1:19-CV-3103-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion to Dismiss, ECF No. 54, is GRANTED. Plaintiff's Second Amended Complaint, ECF No. 44, is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for stipulated dismissal.

Date: March 13, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas